**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Brian R. Ewell and Nona S. Ewell | No.   09-43421 |
| Debtor | Hon.  Hon. Donald R. Cassling |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on December 24, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

          _____/s/ Ross T. Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Janet L. Watson and Glenn B. Stearns on December 24, 2014.

          _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Brian R. Ewell and Nona S. Ewell
537 Grimes Ave.
Naperville, IL 60565

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Janet L. Watson
Law Offices of Janet L. Watson
330 South Naperville Road #405
Wheaton, IL 60187